

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00800-CR

Mark Anthony **ESPINOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-1397-CR-A
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: February 26, 2025

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed sentence on November 9, 2023. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on December 11, 2023. TEX. R. APP. P. 26.2(a)(1). Appellant did not file his notice of appeal until October 24, 2024.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P.

26.2(a)(1)). Because appellant did not timely file a notice of appeal, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. Appellant did not respond. We dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH